**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Case No.: 1:23-mj-00181-RMM-1 |
| | : |
| ANNA LICHNOWSKI | : |
| | : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

Clerk of the Court:

    Please enter the appearance of Terrell N. Roberts, III as counsel for the defendant in the above-captioned matter.

                                                  Respectfully submitted,
                                                  **ROBERTS AND WOOD**

                                                  /s/ *Terrell N. Roberts, III*
                                                  Terrell N. Roberts, III
                                                  Bar ID No. 01091
                                                  *Attorney for Defendant*
                                                  6801 Kenilworth Avenue, Suite 202
                                                  Riverdale, Maryland 20737
                                                  (301) 699-0764
                                                  (301) 699-8706 Fax
                                                  troberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing Entry of Appearance was electronically filed on August 8, 2023, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric Boylan
DOJ-USAO
US Attorney's Office, D.C.
601 D Street NW
Washington DC, DC 20001
eric.boylan@usdoj.gov

                                                  /s/ *Terrell N. Roberts, III*
                                                  Terrell N. Roberts, III