### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-mj-00181-RMM-1 |
| | : | |
| ANNA LICHNOWSKI | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 44.1, undersigned Counsel, Terrell N. Roberts, III, moves for the admission and appearance of attorney Augustus Invictus *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Augustus Invictus, filed herewith. As set forth in Mr. Invictus' declaration, he is admitted and an active member in good standing the following courts and bars: the Florida Bar, New York Bar, Illinois Bar, Massachusetts Bar, Fourth Circuit Court of Appeals, the U.S. District Court for the Middle District of Florida, and the U.S. Supreme Court. This motion is supported and signed by attorney Terrell N. Roberts, III, an active and sponsoring member of the Bar of this Court.

Dated this 8th day of August 2023.                    Respectfully submitted,

/s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
DC Bar # 965061
Roberts and Wood, Attorneys at Law
6801 Kenilworth Ave., Suite 202
Riverdale, Maryland 20737
Tel.: 301.699.0764
Email: troberts@robertsandwood.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Admission of Attorney *Pro Hac Vice* was electronically filed on August 8, 2023, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Eric Boylan
DOJ-USAO
US Attorney's Office, D.C.
601 D Street NW
Washington DC, DC 20001
eric.boylan@usdoj.gov

    /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III