**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:23-MJ-181** |
| | : | |
| **ANNA LICHNOWSKI,** | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO COURT'S ORDER, DOC. 13

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the Court's Order, Doc. 13.

Based on the information provided to the Court by defense counsel in his *ex parte* letter, Doc. 13-1, the government does not at this time oppose counsel's admission on a *pro hac vice* basis, nor his continuing representation of the defendant.

The government's position would likely change, however, should counsel be convicted of the crime with which he is charged, or should he become ineligible to practice law. The government, therefore, notes that counsel has a continuing duty to inform the Court of any change in either his criminal status or his status with any bar association to which he is admitted, including the Florida Bar.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/ *Eric W. Boylan*
Eric W. Boylan
Assistant U.S. Attorney
Texas Bar No. 24105519
Phone: 202-815-8608
Email: Eric.Boylan@usdoj.gov
601 D Street NW
Washington, D.C. 20001